UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL KLIGER on behalf of himself and
on behalf of all others similarly situated,　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　17-CV-02520 (FB) (ST)
　　　　　　　　　　　Plaintiff,

　　-against-

LIBERTY SAVERITE SUPERMARKET,
INC., and USHER JALAS,

　　　　　　　　　　　Defendants.
----------------------------------------------------------X

　　　　A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on October 3, 2018, adopting the Report and Recommendation of Magistrate Judge Steve Tiscione, dated September 17, 2018, which recommended the following: that the Court grant Plaintiff Daniel Kliger's motion for default judgment against Defendants Saverite and Jalas and hold them jointly and severally liable for a judgment awarding Plaintiff $20,494.45, comprising: (i) $9,324.70 in damages and prejudgment interest; (ii) $10,220 in attorney's fees; and (iii) $949.76 in costs; awarding Plaintiff additional prejudgment interest at the rate of $0.96 per day from September 17, 2018 until the date of entry of judgment; and the Clerk of Court having calculated the additional prejudgment interest at the rate of $0.96 per day from September 17, 2018 until the date of entry of judgment, and the additional prejudgment interest being $16.32; it is

　　　　ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that judgment is hereby entered in favor of Plaintiff Daniel Kliger and against Defendants Saverite and Jalas, jointly and severally, in the total amount of $20,510.77.

Dated: Brooklyn, New York　　　　　　　　　　　　　　　　　　Douglas C. Palmer
　　　　　October 4, 2018　　　　　　　　　　　　　　　　　　　 Clerk of Court

 by: */s/ Jalitza Poveda*
   Deputy Clerk